Rex M. Clack (SBN 59237)
David E. Russo (SBN 112023)
STERLING & CLACK
A Professional Corporation
101 Howard Street, Suite 400
San Francisco, California 94105
Telephone:  (415) 543-5300
Facsimile:  (415) 543-3335

Attorneys for PLAINTIFFS
DONALD D. BISCHOP, and
CHARMAGNE BISCHOP as owners
and operators of the F/V BALL NO. 1

Arnold I. Berschler (SBN 56557)
**BERSCHLER & COWEN**
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone:  (415) 398-1414
Facsimile:  (415) 398-1410

Attorney for Claimants
LAURA VERONICA TOLEDO
INDIVIDUALLY AND AS THE
PERSONAL REPRESENTATIVE
OF THE ESTATE OF REMEGIO
HERRERA-HERNANDEZ, AND
GUARDIAN AD LITEM ON BEHALF
OF REMINGTON ESTEVEN TOLEDO
HERRERA, A MINOR

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Complaint of | ) Case No.: C03-05048PJH |
| | ) |
| DONALD D. BISCHOP, and CHARMAGNE BISCHOP as Owners and Operators of the F/V BALL NO. 1 | ) **JOINT CASE MANAGEMENT STATEMENT**   AND ORDER |
| | ) |
| Plaintiffs, | ) **Date:  March 23, 2006** |
| | ) **Time:  2:30 p.m.** |
| For Exoneration From or Limitation of Liability, | ) **Courtroom 3** |
| | ) **The Honorable Phyllis J. Hamilton** |

Pursuant to Local Rule 16-10(d), the parties submit this Joint Case Management Statement. The parties last filed a Joint Case Management Statement on January 19, 2006. At that time, the parties reported that the State Court hearing on the petition to approve the minor's compromise, as necessary to conclude the settlement of this case, was scheduled for February 3, 2006. The parties further reported that once that State Court approval was obtained, the parties would submit to this Court a proposed Judgment Exonerating Plaintiffs in this action. It was expected that those final steps would be completed by the end of February 2006.

By reason of a difficulty in scheduling the State Court hearing, the motion to approve the minor's compromise to be heard in the Mendocino County Superior Court could not be set as planned. It is now set for hearing on March 17, 2006. Consequently, the parties will be in a position to conclude this matter by April 1, 2006. The parties therefore respectfully suggest that this Court continue the current Case Management Conference to a date on or after April 6, 2006.

Respectfully Submitted,
STERLING & CLACK

Dated: By: _____
David E. Russo

Attorney for Plaintiffs
DONALD D. BISCHOP, and CHARMAGNE BISCHOP as Owners and Operators of the F/V BALL NO. 1

Respectfully Submitted,

BERSCHLER & COWEN

Dated: By: _____
Arnold I. Berschler

Attorney for Claimants
Laura Veronica Toledo individually and as the Personal Representative of the Estate of Remegio Herrera-Hernandez, and Guardian ad Litem on behalf of Remington Esteven Toledo Herrera, a minor

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*